IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES HOOVER, Individually, and
and on behalf of others similarly
situated,

    Plaintiffs,

v.

BLUE CROSS AND BLUE
SHIELD OF GEORGIA, INC.,

    Defendant.

CIVIL ACTION NO.: CV206-035

## ORDER

On May 2, 2005, James Hoover, a resident of Chatham County, Georgia, filed suit against Blue Cross and Blue Shield of Georgia, Inc. in the State Court of Glynn County, Georgia. That action was removed to this Court and given case number CV205-128. On November 3, 2005, that action was dismissed without prejudice.

On January 24, 2006, the captioned action was filed by Hoover who remains a resident of Chatham County, Georgia. Hoover alleges, in part, that Defendant failed to pay medical expenses as required by a health plan issued by Defendant. All, or a substantial part, of the events giving rise to this action occurred in connection with health claims submitted by Hoover from Chatham County, Georgia. Accordingly, this action is hereby transferred to the Savannah Division of this Court pursuant to Local Rule 2.1.

**SO ORDERED**, this 21st day of March, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)